IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA NELSON, | ) | 4:10CV3081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SIGNOR TRUCKING, SIG ENTERPRISES, NORFOLK DIESEL REPAIR, US HEAVY HAUL, KEVIN SIGNOR, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On February 28, 2011, the court denied Defendants' Motion to Dismiss and ordered Defendants to file an answer or other responsive pleading within 14 days in accordance with Federal Rule of Civil Procedure 12(a)(4)(A). (Filing No. 34 at CM/ECF p. 2.) Defendants have not done so. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. Defendants shall have 14 days to file a status report, answer, or other responsive pleading. In the event that Defendants do not do so, Plaintiff will be given the opportunity to seek a default judgment.

2. The Clerk of the court is directed to set a pro se case management deadline using the following text: May 26, 2011: check for response from Defendants.

DATED this 16th day of May, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.