IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA NELSON, | ) | 4:10CV3081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SIGNOR TRUCKING, Inc., SIG | ) | |
| ENTERPRISES, Inc., NORFOLK | ) | |
| DIESEL REPAIR, Inc., US HEAVY | ) | |
| HAUL, Inc., and KEVIN SIGNOR, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On June 22, 2011, Defendants filed a "Notice of Settlement" in this matter. (Filing No. 37.) In the Notice, Defendants represent that Plaintiff executed a document entitled "SETTLEMENT AND RELEASE OF ALL CLAIMS" on March 5, 2011. (*Id.* at CM/ECF p. 1.) Defendants also represent that Plaintiff signed a Motion to Dismiss With Prejudice on March 5, 2011, which she provided to counsel for Defendants, but neglected to file in this court. (*Id.*) Defendants attached the purported settlement agreement and motion to dismiss to their Notice. (*See Id.* at CM/ECF pp. 3-7.) Plaintiff has not responded in any way to Defendants' Notice of Settlement.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have 20 days in which to show cause why this matter should not be dismissed with prejudice pursuant to the documents filed by Defendants, which appear to be a settlement agreement signed by Plaintiff and motion to dismiss with prejudice signed by Plaintiff. In the absence of a response by Plaintiff, the court will dismiss this matter with prejudice and without further notice.

2. The clerk's office is directed to set a pro se case management deadline in this matter using the following text: August 31, 2011: Deadline for Plaintiff to Show Cause.

DATED this 11th day of August, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.